JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROSA ELVIRA RAMIREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | ) Case No. 2:21-cv-03881-JDE<br>)<br>) JUDGMENT OF REMAND<br>)<br>)<br>)<br>)<br>)<br>) |

    The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Dkt. 23, "Stipulation to Remand"),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: February 14, 2022

                                                                    JOHN D. EARLY<br>
                                                                    United States Magistrate Judge