UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROSA ELVIRA RAMIREZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | No. 2:21-cv-03881-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412(d) |

        Based upon the parties' Stipulation (Dkt. 26), IT IS ORDERED that

Plaintiff shall be awarded attorney's fees and expenses of $4,600.00 under 28

U.S.C. § 2412(d),  subject to the terms of the above-referenced Stipulation.

Dated: June 16, 2022

_____
JOHN D. EARLY
United States Magistrate Judge